**Michael A. SCOTT, Plaintiff—**
**Appellant,**

v.

**WESTERN CORRECTIONAL**
**INSTITUTION, Defendant—**
**Appellee.**

**No. 05–6460.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2005.

Decided: Sept. 30, 2005.

Michael A. Scott, Appellant Pro Se.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Scott appeals the district court's order dismissing his civil action under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Scott v. Western Corr. Inst.*, No. CA–05–635–CCB (D. Md. filed Mar. 10, 2005 & entered Mar. 11, 2005). Additionally, we deny Scott's motions for appointment of counsel and to amend his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*